## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re:

TOMSTEN, INC.                                       Case No. 13-42153
dba ARCHIVER'S                                      Chapter 11

                Debtor.

---

## NOTICE OF HEARING AND MOTION FOR
## APPROVAL OF REJECTION OF REAL PROPERTY LEASES

---

TO:    The entities specified in Local Rule 9013-3

1.    Tomsten, Inc. dba Archiver's ("Debtor"), through its undersigned attorneys, moves the court for the relief requested below and gives notice of hearing.

2.    The court will hold a hearing on this motion at **10:30 a.m. on May 22, 2013**, before the Honorable Gregory F. Kishel, Courtroom 2A, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101.

3.    Any response to this Motion must be filed and delivered not later than **May 17, 2013**, which is five (5) days before the time set for the hearing (including Saturdays, Sundays, and holidays). **Unless a response opposing the Motion is timely filed, the Court may grant the relief requested in the Motion without a hearing.**

4.    This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue of this proceeding and this Motion is properly in this district pursuant to 28 U.S.C. §§1408 and 1409.

5.    This motion arises under 11 U.S.C. §365 and Bankruptcy Rule 6006. This motion is filed under Bankruptcy Rules 9013 and 9014 and Local Rule 9013. Debtor requests an order approving the rejection of unexpired real property leases.

{00138743 }

6.     A voluntary petition under Chapter 11 of the Bankruptcy Code was filed by Debtor on April 29, 2013 (the "Petition Date").   The Debtor is operating as a debtor-in-possession.

7.     The Debtor is in the business of operating scrapbooking and memory craft stores in Minnesota and 17 other states, primarily located in shopping centers and malls.  The Debtor operates 40 stores.

8.     The past several years have seen a substantial change in this business and a corresponding decline in the Debtor's revenue.  The Debtor is in the process of implementing new concepts at its stores which are designed to capitalize on the increasing demand for the effective management of digital memories including photos.

9.     Part of the Debtor's reorganization strategy is the evaluation of the performance of its various locations.   Prior to the Petition Date the Debtor vacated four stores located in Austin, Texas; Algonquin, Illinois; Fort Wayne, Indiana; and Memphis, Tennessee (the "Closed Stores").  Specifically, the stores and the associated leases (the "Leases") are:

(a)     9600 S. IH-35, Service Rd. SB, Suite G-400, Austin, TX 78748;

(b)     2212 S. Randall Road, Algonquin, IL 60102;

(c)     4201 Coldwater Road, Suite C12, Ft. Wayne, IN 46805; and

(d)     2269 No. Germantown Parkway, Suite 103, Memphis, TN 38016.

10.    On the Petition Date the Debtor sent to the landlords of the Closed Stores a notice of the Debtor's rejection of the leases associated with those locations effective on the Petition Date.  Copies of those letters are attached as **Exhibit A**.

11.    Because the Leases require the payment of significant rent and other payments and the stores are vacant and no longer necessary or desirable to the Debtor's operations, Debtor seeks to reject the Leases, effective on the Petition Date.

12.    Rejection of the Leases is in the best interest of the estate and its creditors because the stores do not generate any revenue, causes significant losses, and will continue to create losses for the Debtor and its estate. If rejection of the Leases is not approved the estate will be subject to significant administrative expense claims related to unutilized leased property.

13.    If necessary, Debtor will call Jann Olsten, the Chief Executive Officer of Debtor, as a witness in connection with this motion.

**WHEREFORE,** Debtor respectfully requests that the Court approve rejection of the Lease effective April 29, 2013, and grant such further relief as the Court deems just.

Dated:  May 2, 2013

RAVICH MEYER KIRKMAN
McGRATH NAUMAN & TANSEY,
A PROFESSIONAL ASSOCIATION


By      /e/  Michael L. Meyer (72527)

4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

ATTORNEYS FOR DEBTOR

## VERIFICATION

I, Jann Olsten, Chief Executive Officer of the Debtor, declare under penalty of perjury that the facts set forth in the foregoing Notice of Hearing and Motion for Approval of the Rejection of Real Property Leases, are true and correct according to the best of my knowledge, information and belief.

Executed on: May 2, 2013

_____
Jann Olsten

# RAVICHMEYER

RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TANSEY

A PROFESSIONAL ASSOCIATION

## EXHIBIT A

April 29, 2013

Inland Western Austin Southpark
Meadows II Limited Partnership
2901 Butterfield Road
Oak Brook, IL 60523

Inland Southwest Management LLC
5741 Legacy Drive, Suite 315
Plano, TX 75024

Re: Tomsten, Inc. d/b/a Archiver's (the "Debtor")

Dear Sir or Madam:

On April 29, 2013 (the "Filing Date"), Tomsten, Inc. filed a petition in U.S. Bankruptcy Court, District of Minnesota, under chapter 11 of the Bankruptcy Code, Bky. Case No. 13-42153.  We represent the Debtor in that case.  Prior to the Filing Date, the Debtor vacated premises located at 9600 S. IH-35, Service Rd, SB, Suite G-400, Austin, TX 78748 which are leased from you under the terms of a lease dated May 4, 2012 (the "Lease").

Please take notice that the Lease is hereby rejected under 11 U.S.C. § 365(a).  The Debtor will file a motion shortly seeking court approval of the rejection.

Please contact me with any questions.

Very truly yours,

MICHAEL L MEYER
612.317.4745
MLMEYER@RAVICHMEYER.COM

MLM/jm

# RAVICHMEYER

RAVICHMEYERKIRKMANMCGRATHNAUMAN&TANSEY

A PROFESSIONAL ASSOCIATION

April 29, 2013

Algonquin Commons, LLC
c/o Jeffrey R. Anderson Real Estate, Inc.
Rockwood Tower
3805 Edwards Road, Suite 700
Cincinnati, OH 45209

Dinsmore & Shohl, LLP
Attn: Richard B. Tranter, Esq.
Rockwood Tower
3805 Edwards Road, Suite 700
Cincinnati, OH 45209

Re: Tomsten, Inc. d/b/a Archiver's (the "Debtor")

Dear Sir or Madam:

On April 29, 2013 (the "Filing Date"), Tomsten, Inc. filed a petition in U.S. Bankruptcy Court, District of Minnesota, under chapter 11 of the Bankruptcy Code, Bky. Case No. 13-42153. We represent the Debtor in that case. Prior to the Filing Date, the Debtor vacated premises located at 2212 S. Randall Road, Algonquin, IL 60102 which are leased from you under the terms of a lease dated July 10, 2009 (the "Lease").

Please take notice that the Lease is hereby rejected under 11 U.S.C. § 365(a). The Debtor will file a motion shortly seeking court approval of the rejection.

Please contact me with any questions.

Very truly yours,

MICHAEL L MEYER
612.317.4745
MLMEYER@RAVICHMEYER.COM

MLMljm

# RAVICHMEYER

RAVICHMEYERKIRKMANMCGRATHNAUMAN&TANSEY

A PROFESSIONAL ASSOCIATION

April 29, 2013

Glenbrook Square
c/o GGP-Glenbrook LLC
Attn:  Law/Lease Administration Dept.
110 North Wacker Drive
Chicago, IL 60606

Re: Tomsten, Inc. d/b/a Archiver's (the "Debtor")

Dear Sir or Madam:

On April 29, 2013 (the "Filing Date"), Tomsten, Inc. filed a petition in U.S. Bankruptcy Court, District of Minnesota, under chapter 11 of the Bankruptcy Code, Bky. Case No. 13-42153.  We represent the Debtor in that case.  Prior to the Filing Date, the Debtor vacated premises located at 4201 Coldwater Road, Suite C12, Ft. Wayne, IN 46805 which are leased from you under the terms of a lease dated June 12, 2006 (the "Lease").

Please take notice that the Lease is hereby rejected under 11 U.S.C. § 365(a).  The Debtor will file a motion shortly seeking court approval of the rejection.

Please contact me with any questions.

Very truly yours,

MICHAEL L MEYER
612.317.4745
MLMEYER@RAVICHMEYER.COM

MLMljm

612.332.8511 612.332.8302 FAX 4545 IDS CENTER 80 SOUTH EIGHTH STREET MINNEAPOLIS MINNESOTA 55402 WWW.RAVICHMEYER.COM

# RAVICHMEYER

RAVICHMEYERKIRKMANMCGRATHNAUMAN&TANSEY

A PROFESSIONAL ASSOCIATION

April 29, 2013

StoneCrest Services, Ltd.
595 Round Rock West Drive, Suite 701
Round Rock, TX 78681

Re: Tomsten, Inc. d/b/a Archiver's (the "Debtor")

Dear Sir or Madam:

On April 29, 2013 (the "Filing Date"), Tomsten, Inc. filed a petition in U.S. Bankruptcy Court, District of Minnesota, under chapter 11 of the Bankruptcy Code, Bky. Case No. 13-42153. We represent the Debtor in that case. Prior to the Filing Date, the Debtor vacated premises located at Countrywood Crossing, 2269 No. Germantown Parkway, Suite 103, Memphis, TN 38016 which are leased from you under the terms of a lease dated February 22, 2007 (the "Lease").

Please take notice that the Lease is hereby rejected under 11 U.S.C. § 365(a). The Debtor will file a motion shortly seeking court approval of the rejection.

Please contact me with any questions.

Very truly yours,

MICHAEL L. MEYER
612.317.4745
MLMEYER@RAVICHMEYER.COM

MLMljm

612.332.8511 612.332.8302 FAX 4545 IDS CENTER 80 SOUTH EIGHTH STREET MINNEAPOLIS MINNESOTA 55402 WWW.RAVICHMEYER.COM

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

TOMSTEN, INC.                                              Case No. 13-42153
dba ARCHIVER'S,                                           Chapter 11

                         Debtor.

## MEMORANDUM OF LAW

Debtor submits this Memorandum in support of its Motion for an Order Approving the
Rejection of a Certain Real Property Lease ("Motion").  A hearing is scheduled on **May 22, 2013**
to consider the Motion.

## FACTS

The factual basis for this memorandum is set forth in the verified Motion and
incorporated herein.  Capitalized terms not defined herein have the definition set forth in the
Motion.

## LEGAL ARGUMENT

### <u>The Proposed Rejection of Real Property Leases Is In The Best Interests Of Creditors And The Estate.</u>

11 U.S.C. §365(a) provides that:

> [T]he trustee, subject to the court's approval, may assume or reject
> any executory contract or unexpired lease of the Debtor.

The Debtor has the right, subject to the Court's approval, to reject the real property leases and
equipment leases referenced in the Motion.  11 U.S.C. §1107(a).

In order to obtain the Court's approval of assumption or rejection of a lease under 11
U.S.C. §365(a), the Debtor must establish that, in its best judgment, assumption or rejection is in
the best interest of its creditors and the bankruptcy estate. ***See In re Audra-John Corp.,*** 140 B.R.

752, 755 (Bkrtcy.D.Minn. 1992); ***N.L.R.B. v. Bildisco and Buildisco***, 465 U.S. 513, 520 (1984). Under this business judgment test, the movant must demonstrate that rejecting the contract will benefit the estate. The movant need not demonstrate that continued performance would result in an actual loss of value from the estate. ***In re Audra-John Corp.***, 140 B.R. 752, 756 (Bkrtcy.D.Minn. 1992). "The test embodies considerable deference to the proponent of the rejection, so long as it can articulate sound business reasons for repudiating the contract." ***Id***.

Rejection of the Leases described in the Motion is in the best interest of creditors and the estate for the reasons set forth in the verified Motion.  Based on those reasons and the foregoing law, the Debtor requests that the Court authorize rejection of the Leases as set forth in the Motion.

**WHEREFORE,** the Debtor respectfully requests that this Court approve rejection of the Leases as set forth in the Motion.

Dated:  May 2, 2013

RAVICH MEYER KIRKMAN
McGRATH NAUMAN & TANSEY,
A PROFESSIONAL ASSOCIATION

By      /e/   Michael L. Meyer (72527)

4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

ATTORNEYS FOR DEBTOR

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re:

TOMSTEN, INC.                                    Case No. 13-42153
dba ARCHIVER'S,                                  Chapter 11

          Debtor.

---

## UNSWORN CERTIFICATE OF SERVICE

---

I, Michael L. Meyer, declare under penalty of perjury that on May 2, 2013, copies of Debtor's:

1.     Notice of Hearing and Motion for Approval of Rejection of Real Property Leases;
2.     Memorandum of Law; and
3.     Proposed Order Approving Rejection of Real Property Leases;

were served by sending to each party a copy thereof as noted on the attached Service List.

Dated:  May 2, 2013                 By:  /e/   Michael L. Meyer (72527)

                                 Ravich Meyer Kirkman McGrath
                                 Nauman & Tansey, P.A.
                                 4545 IDS Center
                                 80 South Eighth Street
                                 Minneapolis, MN 55402
                                 (612) 332-8511

                                 ATTORNEYS FOR DEBTOR

ELECTRONIC
TOMSTEN INC DBA ARCHIVERS
ATTN  JANN OLSTEN
6110 GOLDEN HILLS DRIVE
GOLDEN VALLEY MN 55416

SARAH J WENCIL
UNITED STATES TRUSTEE
1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN  55415

MINN DEPT OF REVENUE
COLLECTION ENFORCEMENT
551 BANKRUPTCY / P O 64447
ST PAUL MN 55164

INTERNAL REVENUE SERVICE
ATTN SPECIAL PROCEDURES
WELLS FARGO PL STOP 5700
30 EAST SEVENTH
ST PAUL MN 55101

IRS DISTRICT COUNSEL
650 GALTIER PLAZA
380 JACKSON STREET
ST PAUL MN 55101

US ATTORNEY
600 U S COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415

ELECTRONIC
EK SUCCESS LTD
ATTN  KATHLENE SIMS
1125 WEST TAYLOR ROAD
ROMEOVILLE IL 60446

ELECTRONIC
AMERICAN EXPRESS COMPANY
ATTN  PAUL LAUERMAN
20022 NO 31ST AVE  AZ-08-03-11
PHOENIX AZ 85027

ELECTRONIC
AMERICAN CRAFTS
ATTN  LEANDRA CALL
476 NORTH 1500 WEST
OREM UT 84057

ELECTRONIC
GGP-GLENBROOK LLC
GENERAL GROWTH MGMT OFFICE
ATTN  SARAH McCAIN
4201 COLDWATER BLVD
FORT WAYNE IN 46805

ELECTRONIC
IN RETAIL FUND
INLAND COMML PROPERTY MGMT
ATTN  JAMES PRATT
P O BOX 9274
OAK BROOK IL 60522

ELECTRONIC
INLAND CONTINENTAL PROP MGMT
ATTN  DEBBIE SCHRAMM
2901 BUTTERFIELD ROD  BLDG 138
OAK BROOK IL 60523

ELECTRONIC
3L CORPORATION
ATTN  MICHELLE CANTU
111 E MARQUARDT DRIVE
WHEELING IL 60090

ELECTRONIC
WE R MEMORY KEEPERS
ATTN  LAUREL MITCHELL
631 NORTH 400 WEST
SALT LAKE CITY UT 84116

ELECTRONIC
MY MINDS EYE LLC
ATTN  JAZMIN TREASE
260 NORTH 500 WEST
BOUNTIFUL UT 84011

ELECTRONIC
RPAI SOUTHWEST MGMT LLC
ATTN  DEAN DOMINGO
2201 SPRING ROAD  STE 200
OAK BROOK IL 60523

ELECTRONIC
GGP LIMITED PARTNERSHIP
C/O DAVID L POLLACK
BALLARD SPAHR LLP
1735 MARKET STREET  51ST FL
PHILADELPHIA PA 19103

ELECTRONIC
SIMON PROPERTY GROUP INC
C/O RONALD M TUCKER
225 WEST WASHINGTON STREET
INDIANAPOLIS IN 46204

ELECTRONIC
DDR PRADO LLC / DDRA MAPLE GROVE
CROSSING LLC / BRE DDR RIVERDALE
VILLAGE OUTER RING LLC
C/O ERIC C COTTON
3300 ENTERPRISE PARKWAY
P O BOX 228042
BEACHWOOD OH 44122

ELECTRONIC
NOVI TOWN CENTER INVESTORS LLC
C/O DAVID L POLLACK
BALLARD SPAHR LLP
1735 MARKET STREET  51ST FL
PHILADELPHIA PA 19103

ELECTRONIC
BRIXMOR PROPERTY GROUP INC
C/O DAVID L POLLACK
BALLARD SPAHR LLP
1735 MARKET STREET  51ST FL
PHILADELPHIA PA 19103

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

TOMSTEN, INC.                                    Case No. 13-42153
dba ARCHIVER'S,                                  Chapter 11

               Debtor.

## ORDER APPROVING REJECTION OF REAL PROPERTY LEASES

This matter came before the undersigned on debtor's motion for an order approving the rejection of a certain real property lease ("Motion"). Appearances were as noted in the record. The court having heard the argument of counsel, reviewed the documents and pleadings on file with the court, and having determined that rejection of the lease as set forth in the Motion is in the best interest of the estate, it is

ORDERED:

1.      Rejection of the Leases described in the Motion is approved effective April 29, 2013.

Dated:

_____
Gregory F. Kishel
Chief United States Bankruptcy Judge