**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Tomsten, Inc,**
**dba Archiver's, dba Archivers Online, dba Archivers Memory Lab, dba Archivers**
**Annex and dba Archivers—The Photo Memory Store**

|  |  |
|---|---|
| **Debtor(s).** | **Chapter 11**<br>**BKY No.   13-42153** |

**APPOINTMENT OF COMMITTEE OF UNSECURED**
**CREDITORS IN CHAPTER 11 CASE**

The U.S. Trustee for Region 12 hereby appoints the following persons or entities to the

Official Committee of Unsecured Creditors in the above case:

1.  Creditor:  American Crafts
    Address: 1140 N 1430 W
             Orem, UT 84057

    Contact Person: Dave Mitchell   Phone: 801-226-0747 ext. 221

2.  Creditor:  Doodlebug Design
    Address: 3630 W. California Avenue
             Salt Lake City, UT 84104

    Contact Person: John Bishop     Phone:   801-952-0555

3.  Creditor:  National Spinning Co., Inc/Hampton Art
    Address: 1212 Avenue of the Americas Suite 1901
             New York, NY 10036

    Contact Person: Sandy Berger  Phone: 212-382-6478

4.  Creditor:  GGP
    Address:  110 North Wacker Drive
              Chicago, IL 60606

Contact Person:   Julie Minnick Bowden   Phone:   312-960-2707

5.   Creditor:   3L Corporation
      Address:   111 Marquardt Drive
                 Wheeling, IL 60090

Contact Person:   Tom Vasko   Phone:   847-808-6071

Dave Mitchell of American Crafts is hereby designated as Acting Chairperson of said

Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members

of the Committee is reserved.

May 7, 2013                              Respectfully submitted,

                                         DANIEL M. MCDERMOTT
                                         United States Trustee
                                         Region 12


                                  By:    /e/Sarah J. Wencil
                                         Sarah J. Wencil
                                         Trial Attorney
                                         IA Atty #14014
                                         U.S. Trustee's Office
                                         300 South Fourth St., #1015
                                         Minneapolis, MN   55415
                                         (612) 334-1350

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**Tomsten, Inc,
dba Archiver's, dba Archivers Online, dba Archivers Memory Lab, dba Archivers
Annex and dba Archivers—The Photo Memory Store**

   **Chapter 11**

**Debtor(s).**              **BKY No.  13-42153**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is an employee in the

Office of the United States Trustee for the District of Minnesota and is a person of such age and

discretion as to be competent to serve papers.  That on May 7, 2013, she served a copy of the

attached: **APPOINTMENT OF COMMITTEE OF UNSECURED CREDITOR S IN A**

**CHAPTER 11 CASE**, by placing said copy in a postpaid envelope addressed to the person(s)

hereinafter named, at the place and address stated below, which is the last known address, and by

depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

**Michael L Meyer**
Ravich Meyer Kirkman McGrath Nauman
4545 IDS Center
80 South Eighth St.
Minneapolis, MN 55402

**TOMSTEN, INC.**
6110 GOLDEN HILLS DRIVE
GOLDEN VALLEY, MN 55416

Dave Mitchell
American Crafts
1140 N 1430 W
Orem, UT 84057

John Bishop
Doodlebug Designs
36030 W. California Avenue
Salt Lake City, UT 84104

Sandy Berger
National Spinning Co., Inc/Hampton Art
1212 Avenue of the Americas Suite 1901
New York, NY 10036

Julie Minnick Bowden
GGP
110 North Wacker Drive
Chicago, IL 60606

Tom Vasko
3L Corporation
111 Marquardt Drive
Wheeling, IL 60090

**By:  /e/Lilia Serna de Coronado**
**Office of the United States Trustee**
**300 South 4th Street**
**Minneapolis, MN 55415**
**612-334-1350**